Fill in this information to identify the case:

Debtor 1 GLEN BARBER

Debtor 2
(Spouse, if filing) ______

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case number 5:23-bk-02346-MJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** LEGACY MORTGAGE ASSET TRUST 2021-GS2

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7 0 7 7

**Date of payment change:** Must be at least 21 days after date of this notice 2/25/26

**New total payment:** Principal, interest, and escrow, if any *For HELOC payment amounts, see Part 3* $ 1061.07

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

■ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ ______ **New escrow payment:** $ ______

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** 12.250 % **New interest rate:** 11.750 %

**Current principal and interest payment:** $ 926.75 **New principal and interest payment:** $ 892.41

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

■ No
☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______ or - $______

**Amount of next payment (including reconciliation amount)** $______

**Amount of the new payment thereafter (without reconciliation amount)** $______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ■ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ______

**Current mortgage payment:** $ ______ **New mortgage payment:** $ ______

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /S/ EMMANUEL J. ARGENTIERI Date 1/23/26
Signature

Print: EMMANUEL J. ARGENTIERI Title ATTORNEY-AT-LAW
First Name Middle Name Last Name

Company ROMANO GARUBO & ARGENTERI

Address 52 NEWTON AVENUE, P.O. BOX 456
Number Street
WOODBURY NJ 08096
City State ZIP Code

Contact phone (856) 384-1515 Email eargentieri@rgalegal.com

Rushmore Servicing™

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

12/01/2025

**OUR INFO**
**ONLINE**
www.rushmoreservicing.com

**YOUR INFO**
**LOAN NUMBER**

**PROPERTY ADDRESS**
103 COOPER STREET
KINGSTON, PA 18704

RENEE BARBER
103 COOPER ST
PRINGLE, PA 18704-0180

Hi Renee Barber:

**Changes to Your Mortgage Interest Rate on 1/25/26 and Payment on 2/25/26.**

Under the terms of your Adjustable Rate Mortgage (ARM), you had a 6 month period which your interest rate stayed the same. That rate ends on 1/25/26, so on that date your interest rate changes. After that, your interest rate and payment change every 6 months for the life of your loan. **Your interest rate is scheduled to change again on 7/25/26, which will be reflected on the account information on your monthly billing statement.**

| | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 12.250% | 11.750% |
| Principal | $21.18 | $24.01 |
| Interest | $905.57 | $868.40 |
| Escrow | $168.66 | $168.66 |
| **TOTAL MONTHLY PAYMENT** | $1,095.41 | $1,061.07 due 2/25/26 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the FTSE USD IBOR CONSUMER CASH FALLBACK- SIX MONTH and your margin is 7.600%. The FTSE USD IBOR CONSUMER CASH FALLBACK- SIX MONTH is published THE SIX MONTH FTSE CONSUMER CASH FALLBACK AS PUBLISHED DAILY BY FTSE.

**Rate Limits:** Your rate cannot go higher than 13.850%, or lower than 6.000%, over the life of the loan. Your rate on the first change cannot be increased by more than 6.000% or decreased by more than 1.850%. On all subsequent changes, your rate will not increase by more than 1.000% or decrease by more than 1.000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the FTSE USD IBOR CONSUMER CASH FALLBACK- SIX MONTH index, your margin of 7.600%, your loan balance of $88,687.51, and your remaining loan term of 371 months.

**Prepayment Penalty:** We will not assess a prepayment penalty at any time, in the event you would like to pay part or all of your mortgage balance.

*Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.*

If you have any questions, your Dedicated Loan Specialist is Karla Ibarra-Murrieta and can be reached at (877)-888-4623 or via mail at 8950 Cypress Waters Blvd., Coppell, TX 75019. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT). Visit us on the web at www.rushmoreservicing.com for more information.

Sincerely,

Rushmore Servicing

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

1-13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| GLEN BARBER | : CHAPTER 13 |
| xxx-xx-9919 | : |
| | : |
| | : CASE NO. 5:23-bk-02346 |
| Debtor. | : |

## CERTIFICATION OF SERVICE

1. I, Natalie Dando:

☐ represent the ________________ in the above-captioned matter.

☑ am the secretary/paralegal for Romano Garubo & Argentieri, who represents LEGACY MORTGAGE ASSET TRUST 2021-GS2, Secured Creditor in the above-referenced matter.

☐ am the ________________ in the above case and am representing myself.

2. On January 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Mortgage Payment Change.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 23, 2026

/s/ NATALIE DANDO
NATALIE DANDO

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Glen Barber<br>103 Cooper St<br>Pringle, PA 18704 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court*) |
| Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court*) |
| Jack N. Zaharopoulos<br>Standing Chapter 13 (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court*) |
| United States Trustee<br>US Courthouse<br>1501 N 6th St<br>Harrisburg, PA 17102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515 #59264
eargentieri@rgalegal.com