Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Glen Barber**
**103 Cooper St.**
**Pringle, PA 18704**

**Rate Summary**

| Professional | | Gross | Discount | | Net |
|---|---|---|---|---|---|
| Carlo Sabatini | 3.3 hours at $415.00/hour. | $1,369.50 | 1.10 | -456.50 | 913.00 |
| Ashley Werner | 8.6 hours at $150.00/hour. | $1,290.00 | 2.40 | -360.00 | 930.00 |
| | | | 3.50 | -816.50 | 1,843.00 |

**Itemized Listing of Services**

| *Date* | *Description* | *Initials* | *Rate* | *Time* | *Amount* | *Disc.* |
|---|---|---|---|---|---|---|
| 10/21/2024 | Prepare fee application. | ASW | 150 | 1.00 | 150.00 | 0.00 |
| 10/31/2024 | Review notice of mortgage payment change. Analyze the same. Review proof of claim documents for Note and interest rate information. Email to CS concerning payment change. Email to client with new payment amount. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 10/31/2024 | Review mortgage payment change. Email to counsel for mortgage company regarding payment change. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 11/08/2024 | Email to counsel for mortgage company to follow up on my previous email concerning mortgage payment change calculations. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 11/08/2024 | Review objection to fee application. Email to McHale regarding discussing objection. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 11/08/2024 | Analyze documents provided by opposing counsel explaining the note's replacement rate to substitute for the LIBOR index and verifying the calculations. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 11/18/2024 | Meeting with Aggie to discuss objection | CS | 415 | 0.30 | 124.50 | -124.50 |
| 01/15/2025 | Receive and review notice of mortgage payment change. Analyze the same. Email to CS concerning analysis. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 01/15/2025 | Review Notice of Mortgage Payment Change. Research. Email to Argentieri. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 01/28/2025 | File review to verify that (1) Trustee's schedule of distribution is in complete conformity with plan; (2) plan funding is sufficient but no greater than it needs to be; (3) tasks that need completion are set appropriately | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 01/31/2025 | Receive and review notice of mortgage payment change. Draft letter to client regarding payments. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 02/03/2025 | Review notice of mortgage payment change. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 02/04/2025 | Review interim case status report prepared by paralegal. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 02/05/2025 | Email to Argentieri regarding NOMPC. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/02/2025 | Receive and review email regarding motion for relief. Call to client. He is checking with the credit union. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/07/2025 | Call with client regarding motion for relief and mortgage payments. Email to CS. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 04/07/2025 | Call with client regarding motion for relief. Provide specific instructions for the steps he needs to take to try to avoid the motion for relief getting filed. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 04/07/2025 | Call from client. Discuss steps taken and the outstanding things he still needs to do. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 04/07/2025 | Begin drafting motion to modify plan. | ASW | 150 | 0.50 | 75.00 | -75.00 |
| 04/07/2025 | Provide language for response to motion for relief. | CS | 415 | 0.40 | 166.00 | -166.00 |
| 04/07/2025 | Call from client to update me on progress towards steps CS told him to take. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/07/2025 | Review file regarding mortgage payments. Call to client to verify these are all the payments he made between his bankruptcy filing and now. No answer, leave message. | ASW | 150 | 0.60 | 90.00 | -15.00 |
| 04/08/2025 | Finish drafting motion to modify, affidavit, making sure all steps CS has contemplated for him have been completed. | ASW | 150 | 1.00 | 150.00 | -150.00 |
| 04/09/2025 | Call with client to ask him for confirmation number of payment that he was supposed to make today. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/10/2025 | Call from client. Discuss payments to Rushmore and client's calls with Rushmore. Explain to him what he still has to do. He was at the bank while on the call with me and he is going to go ask them to do what CS advised him to do. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/10/2025 | Call from client. Provide remaining list of things to do to client in a message. | ASW | 150 | 0.30 | 45.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 04/11/2025 | Receive and review email from client informing me of the amount of mortgage payments that cleared his account. Review mortgage statement from client. Compare my calculations of what came due v. total that was paid. All arrears have been caught up. Message to client regarding remaining task items. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 04/11/2025 | Receive, review, and respond to email from client regarding online banking, additional balance due, and asking for complete mortgage statement. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 04/14/2025 | Call with client regarding the proof of cleared payment. He will send it. The $56 didn't clear yet - he was told three business days so it should show tomorrow or Wednesday and he will send the proof once it shows. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/16/2025 | Call with client. He updated his payments. The only issue he is having right now is that he has to deal with the social security office in person. He is going to stop there tomorrow. SSA won't take information over the phone. He set up his wages to go into the Luzerne account. Tomorrow he will set up the auto transfer from regular checking into reserve for the truck, and then billpay from reserve to credit union. Then he will also send some kind of proof that the trustee payment is set up to auto-withdraw from reserve. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 04/22/2025 | Call to client. No answer, leave message. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 04/23/2025 | Receive and review task update. Email to client regarding what documents to provide when he has them. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 04/24/2025 | Receive and review task comment. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 05/02/2025 | Message to client regarding whether truck is on autopay yet. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/30/2025 | Receive and review upload from client re trustee payment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/06/2025 | Review comment regarding truck payment. Call to client. No answer, leave message. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/06/2025 | Return call from Glen. Luzerne auto transfers the car payment to the credit union, and Glen walks into the credit union to pay the bill. I explained that is not how the attorney wants the payments done, he wants them done the way we described - using billpay. So Glen is going to talk to the bank on Monday. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/12/2025 | Message to client regarding billpay for vehicle. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/16/2025 | Receive and review message from client regarding car payment. Call to client. His preference is to walk into the bank to get a receipt as opposed to the bank taking the payment automatically from the account. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/04/2025 | Review and analyze notice of mortgage payment change. Email to client with new mortgage payment amount. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/30/2025 | Review and analyze Notice of Mortgage Payment Change. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 01/27/2026 | Review and analyze notice of mortgage payment change. Email to cl with new mort payment. Email to CS re information for payment change. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 02/03/2026 | Email to counsel for mort company asking for docs. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 02/03/2026 | Receive, review, and respond to email from mortgage company's counsel regarding payment decrease. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 02/09/2026 | Email to Argentieri regarding notice of mort payment change. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 02/09/2026 | Receive, review, and respond to email from Argentieri regarding rate. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 02/19/2026 | Receive and review message from Rushmore regarding new loan specialist. Instruct ER to send to cl. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 04/17/2026 | Review letter re loan specialist. Instruct ER to send to cl. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 07/01/2026 | Review file 4 months before case closing to confirm that plan is not underfunded, all docket entries are resolved, all items contemplated by the plan have been completed or will be completed before the plan ends, and that tasks are set for any outstanding items. | ASW | 150 | 0.40 | 60.00 | 0.00 |
| 07/20/2026 | Review report prepared by paralegal regarding end-of-case items remaining. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/20/2026 | Review notes on pre-closing report from CS. Email to trustee's office regarding case fee. Set task. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/05/2026 | Review letter from Rushmore. Instruct ER to forward to cl. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 08/21/2026 | [Est.] Review email from client approving fee application. File the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 08/21/2026 | [Est.] Review order regarding fee application. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review trustee's website to confirm distribution is properly scheduled. | ASW | 150 | 0.10 | 15.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
| --- | --- | --- | --- | --- | --- | --- |
| 08/21/2026 | [Est.] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Receive and review executed Certification in Support of Discharge. File same electronically | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review response to Trustee's Notice of Disbursements Made and send to client to verify accuracy of the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est. Review final decree. Close file. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| | *Sub-total Fees:* | | | | **2,659.50** | -816.50 |
| | *Net Fees After Discount:* | | | | **1,843.00** | |

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
| --- | --- | --- | --- | --- | --- |
| | | | | ====== | |
| | | | *Total:* | **0.00** | |

**Total**

Net Fees After Discount: 1,843.00
Net Expenses After Discount: 0.00
======
1,843.00

Total post-discounted value of entries containing "email": 598.50
As a percentage of the total fees: 0.325