IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GLEN BARBER,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:23-bk-02346-MJC |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: October 8, 2026

s/Amber Werner
Amber Werner, Legal Assistant
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Glen & Renee Barber<br>103 Cooper St.<br>Pringle, PA 18704-1803 |
| GS Bank USA-General Motors<br>200 West Street<br>New York, NY 10282-2102 |
| Hladik, Onorato & Federman, LLP<br>298 Wissahickon Ave.<br>North Wales, PA 19454-4156 |
| Legacy Mortgage Asset Trust 2021-GS2<br>c/o Lorraine Gazzara Doyle, Esq.<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046-2031 |
| Legacy Mortgage Asset Trust 2021-GS2<br>c/o Rushmore Servicing<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Nationstar Mortgage, LLC<br>800 State Highway 121 Bypass, Lake Vista<br>Lewisville, TX 75067 |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Rushmore Loan Management Services, LLC<br>15480 Laguna Canyon Rd., Suite 100<br>Irvine, CA 92618-2132 |
| U.S. Bank Trust N.A.<br>9380 Excelsior Blvd.<br>Hopkins, MN 55343-3444 |
| UFCW Community Credit Union<br>1460 Sans Souci Parkway<br>Hanover Township, PA 18706-6026 |
| UFCW Community Credit Union<br>c/o Attorney John Fisher<br>126 South Main Street<br>Pittston, PA 18640-1739 |
| UFCW Federal Credit Union<br>P.O. Box 4258<br>Wyoming , PA 18644-0258 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St.<br>Harrisburg, PA 17102-1104 |