IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GLEN BARBER,<br><br>Debtor | CHAPTER 13<br><br>CASE NO. 5:23-bk-02346-MJC<br><br>*Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* |

**ORDER APPROVING FINAL COMPENSATION TO COUNSEL FOR DEBTOR**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 40, after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the following final amounts are awarded: compensation in the amount of $1,843.00 and reimbursement of expenses in the amount of $0.00 for a total sum of $1,843.00. This compensation is in addition to all amounts previously paid by the Debtor, approved by this court, or that were included in the confirmed plan. This amount may be paid by the Chapter 13 Trustee, but only to the extent that funds are available to pay it.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: November 10, 2026